| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-00024 |
| v. | ) | |
| | ) | Judges McDonough/Steger |
| BENNIE ROGERS THOMAS | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 28) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Two, and Three of the four count Indictment; (2) accept Defendant's guilty plea to Count One: possession of a gun by a convicted felon in violation of 18 U.S.C. § 922(g)(1); (3) accept Defendant's guilty plea to Count Two: possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) accept Defendant's guilty plea to Count Three: possession with intent to distribute 5 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One, Two, and Three of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One, Two, and Three of the four count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of Count One: possession of a gun by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. Defendant is hereby **ADJUDGED** guilty of Count Two: possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

5. Defendant is hereby **ADJUDGED** guilty of Count Three: possession with intent to distribute 5 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and

6. Defendant **SHALL REMAIN** in custody pending further order of this Court or sentencing which is scheduled to take place on **July 24, 2026, at 9:00 a.m**., before the undersigned.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**